

# Mars Khaimov Law, PLLC

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: marskhaimovlaw@gmail.com

May 11, 2021

<u>VIA ECF</u>

Hon. Judge Lorna G. Schofield
United States District Judge
Southern District of New York
40 Centre Street
New York, NY 10007

**The application is GRANTED. The initial conference scheduled for May 20, 2021, (Dkt. No. 5) is ADJOURNED *sine die*. By June 11, 2021, Plaintiff shall obtain a certificate of default and by June 18, 2021, Plaintiff shall file default judgment papers pursuant to Attachment A of this Court's Individual Rules. The Clerk of Court is respectfully directed to close the motion at Docket No. 7.**

**Dated: May 12, 2021**
**New York, New York**



Re: Quezada v. Investors Alley Corp.
    Case No. 1:21-cv-02146-LGS

Dear Judge Schofield,

    The undersigned represents Plaintiff Jose Quezada (hereinafter "Plaintiff") in the above-referenced matter.

    The initial conference for this matter is set for May 20, 2021. Defendant was served on March 16, 2021 and has yet to appear. It is now May 11, 2021, and Plaintiff is in the process of obtaining a Certificate of Default from the Clerk of the Court and will promptly be moving the Court for a Default Judgment in accordance with its Individual Rules.

    Accordingly, the undersigned requests that the May 20th Conference be adjourned sine die, and further requests that Plaintiff be granted an additional 30 days in which to obtain the Certificate of Default and present the Court with a Motion for Default Judgment.

    Thank you for your time and consideration of the above request.

/s/Mars Khaimov
Mars Khaimov, Esq., **Principal**
**Mars Khaimov Law, PLLC**